UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOEL WALKER HAY,<br><br>        Plaintiff,<br><br>vs.<br><br>JOEL KRUGER, individually and in his official capacity as a DOUGLAS COUNTY DEPUTY SHERIFF; DANIEL COVERLEY, individually and in his official capacity as DOUGLAS COUNTY SHERIFF; DOUGLAS COUNTY, a political subdivision of the State of Nevada; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.  3:22-cv-00321-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

COMES NOW Plaintiff, JOEL WALKER HAY, and Defendants DOUGLAS COUNTY DEPUTY SHERIFF JOEL KRUGER, DOUGLAS COUNTY SHERIFF DANIEL COVERLEY, and DOUGLAS COUNTY, by and through their undersigned attorneys of record, and hereby move this Court to extend the deadlines to oppose Motions for Summary Judgment filed by Plaintiff and Defendants in the above matter.  This request is made, in part, on the trial calendar of counsel for the Defendants.

The parties request that the deadline for Defendants to oppose Plaintiff's Motion for Partial Summary Judgment currently due on **September 1, 2023,** be extended to and including **September 15, 2023**, and the deadline for Plaintiff to oppose Defendants' Motion for Summary Judgment currently due on **September 5, 2023,** be extended to and including **September 19, 2023.**

1   The parties submit that this first request for extension of time is not made in bad faith and
2   that neither party will be prejudiced by this request.

3

4   Dated this 23rd day of August, 2023.                Dated this 23rd day of August, 2023.

5   OSHINSKI & FORSBERG, LTD.                           THORNDAL ARMSTRONG, PC

6

7   By:  */s/ Mark Forsberg*                            By:  */s/ Katherine Parks*
         MARK FORSBERG, ESQ.                                 KATHERINE F. PARKS, ESQ.
8        RICK OSHINSKI, ESQ.                                 State Bar. No. 6227
         504 E. Musser Street, Suite 202                     6590 S. McCarran Blvd, Suite B
9        Carson City, NV  89701                              Reno, NV 89509
10       Mark@oshinskiforsberg.com                           Attorney for Defendants
         Rick@oshinskiforsberg.com                           JOEL KRUGER, DANIEL
11       Attorneys for Plaintiff                             COVERLEY, and DOUGLAS
12                                                           COUNTY

13

14                                   **ORDER**

15   IT IS SO ORDERED.

16   DATED this 24th day of August, 2023.
17
18
19                                                      _____
                                                        LARRY R. HICKS
20                                                      UNITED STATES DISTRICT JUDGE

- 2 -