**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOEL WALKER HAY,<br><br>        Plaintiff,<br><br>vs.<br><br>JOEL KRUGER, individually and in his official capacity as a DOUGLAS COUNTY DEPUTY SHERIFF; DANIEL COVERLEY, individually and in his official capacity as DOUGLAS COUNTY SHERIFF; DOUGLAS COUNTY, a political subdivision of the State of Nevada; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.  3:22-cv-00321-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

COMES NOW Plaintiff, JOEL WALKER HAY, and Defendants DOUGLAS COUNTY DEPUTY SHERIFF JOEL KRUGER, DOUGLAS COUNTY SHERIFF DANIEL COVERLEY, and DOUGLAS COUNTY, by and through their undersigned attorneys of record, and hereby move this Court to extend the deadlines to oppose Motions for Summary Judgment filed by Plaintiff and Defendants in the above matter.  This request is made, in part, on the trial calendar of counsel for the Defendants.

The parties request that the deadline for Defendants to oppose Plaintiff's Motion for Partial Summary Judgment currently due on **September 15, 2023,** be extended to and including **September 22, 2023**, and the deadline for Plaintiff to oppose Defendants' Motion for Summary Judgment currently due on **September 19, 2023,** be extended to and including **September 26, 2023.**

- 1 -

The parties submit that this second request for extension of time is not made in bad faith and that neither party will be prejudiced by this request.

Dated this 12th day of September, 2023.          Dated this 12th day of September, 2023.

OSHINSKI & FORSBERG, LTD.                         THORNDAL ARMSTRONG, PC


By:  /s/ Mark Forsberg                            By:  /s/ Katherine Parks
     MARK FORSBERG, ESQ.                               KATHERINE F. PARKS, ESQ.
     RICK OSHINSKI, ESQ.                               State Bar. No. 6227
     504 E. Musser Street, Suite 202                   6590 S. McCarran Blvd, Suite B
     Carson City, NV  89701                            Reno, NV 89509
     Mark@oshinskiforsberg.com                         Attorney for Defendants
     Rick@oshinskiforsberg.com                         JOEL KRUGER, DANIEL
     Attorneys for Plaintiff                           COVERLEY, and DOUGLAS
                                                       COUNTY

**ORDER**

IT IS SO ORDERED.

DATED this 14th day of September, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE