UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOEL WALKER HAY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOEL KRUGER, individually and in his official capacity as a DOUGLAS COUNTY DEPUTY SHERIFF; DANIEL COVERLEY, individually and in his official capacity as DOUGLAS COUNTY SHERIFF; DOUGLAS COUNTY, a political subdivision of the State of Nevada; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.  3:22-cv-00321-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

　　　COMES NOW Plaintiff, JOEL WALKER HAY, and Defendants DOUGLAS COUNTY DEPUTY SHERIFF JOEL KRUGER, DOUGLAS COUNTY SHERIFF DANIEL COVERLEY, and DOUGLAS COUNTY, by and through their undersigned attorneys of record, and hereby move this Court to extend the deadlines to reply to opposition to Motions for Summary Judgment filed by Plaintiff and Defendants in the above matter.

　　　The parties request that the deadline for Plaintiff to reply to Defendants' opposition to Plaintiff's Motion for Partial Summary Judgment currently due on **October 6, 2023,** be extended to and including **October 13, 2023**, and the deadline for Defendants to reply to Plaintiff's opposition to Defendants' Motion for Summary Judgment currently due on **October 10, 2023,** be extended to and including **October 17, 2023.**

- 1 -

The parties submit that this first request for extension of time is not made in bad faith and that neither party will be prejudiced by this request.

Dated this 4th day of October, 2023.                    Dated this 4th day of October, 2023.

OSHINSKI & FORSBERG, LTD.                          THORNDAL ARMSTRONG, PC


By:   /s/ Mark Forsberg                                             By:   /s/ Katherine Parks
     MARK FORSBERG, ESQ.                                    KATHERINE F. PARKS, ESQ.
     RICK OSHINSKI, ESQ.                                          State Bar. No. 6227
     504 E. Musser Street, Suite 202                         6590 S. McCarran Blvd, Suite B
     Carson City, NV  89701                                       Reno, NV 89509
     Mark@oshinskiforsberg.com                              Attorney for Defendants
     Rick@oshinskiforsberg.com                                JOEL KRUGER, DANIEL
     Attorneys for Plaintiff                                           COVERLEY, and DOUGLAS
                                                                                 COUNTY

**<u>ORDER</u>**

IT IS SO ORDERED.

DATED this 4th day of October, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE